

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**DANIEL PASSESER**
*Assistant Corporation Counsel*
Phone: (212) 356-2322
Fax: (212) 788-9776
dpassese@law.nyc.gov

October 14, 2014

BY ECF
Honorable Henry B. Pitman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   Damion Wiggan v. City of New York, et al.,
>       12 Civ. 1405 (GBD) (HBP)

Your Honor:

I am an Assistant Corporation Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, and the attorney representing defendant Correction Officer Toliver in the above-referenced matter. Defendant writes to inform the Court that, pursuant to the discussion held on the record at the October 10, 2014 conference, defendant accepts plaintiff's offer to settle this case at the amount discussed. A copy of the paperwork necessary to effectuate the settlement is being sent to plaintiff by mail along with a copy of this letter. The undersigned will submit the stipulation of dismissal for the Court's endorsement after receiving the executed settlement paperwork from plaintiff.

Thank you for your consideration herein.

Respectfully submitted,

/s/

Daniel Passeser
*Assistant Corporation Counsel*

2

cc:     <u>BY MAIL (with a copy of settlement paperwork)</u>
        Damion Wiggan
        *Plaintiff* Pro Se
        11-A-2627
        Upstate Correctional Facility
        309 Bare Hill Road P.O. Box 2000
        Malone, NY 12953