```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: NOV 06 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

DAMION WIGGAN,

                                              Plaintiff,

                    -against-

CORRECTION OFFICER TOLIVER, SHIELD NO. 17554,

                                              Defendant.

-------------------------------------------------------------------- X

**STIPULATION AND
ORDER OF DISMISSAL**

12-CV-1405 (GBD) (HBP)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Damion Wiggan
*Plaintiff* Pro Se
11-A-2627
Upstate Correctional Facility
309 Bare Hill Road P.O. Box 2000
Malone, NY 12953


By: _____
        Damion Wiggan
        *Plaintiff* Pro Se




Dated: New York, New York NOV 06 2014
_____, 2014

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendant Toliver, Shield No.
17554*
100 Church Street, Rm. 3-157
New York, New York 10007


By: _____
        Daniel Passeser
        *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE